## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| David G. Velde, as Trustee of the Daniel S. Miller Bankruptcy Estate,<br><br>        Plaintiff,<br><br>v.<br><br>Curt Amundson (CV-05-788),<br>Dacian Bienek Farms, Inc. (CV-05-789),<br>Bradley Nelson (CV-05-793),<br><br>        Defendants. | Civil File Nos.  05-788 (RHK/RLE)<br>                      05-789 (RHK/RLE)<br>                      05-793 (RHK/RLE)<br><br>**AMENDED ORDER FOR SUBMISSION OF TRIAL MATERIALS** |

Trial in the above three cases will begin August 7, 2006, in Fergus Falls.

The following materials are to be **EXCHANGED AND FILED** (all filings shall be in St. Paul) in accordance with the following schedule:

By July 20, 2005:

(1) All "documents to be submitted for trial" as required by Local Rule 39.1(b);

(2) Designation and copies of proposed deposition testimony;

(3) Motions in Limine with supporting briefs; and

(4) Trial brief with a statement of the issues (substantive and evidentiary), facts expected to be proved, and controlling statutory and case law.

By July 27, 2005:

(1) Responsive briefs to Motions in Limine;

(2) Written Objections, and the grounds therefor, to opposing parties' exhibits and designated deposition testimony (copies of objected to exhibits and

>objected to deposition testimony shall be furnished simultaneously to the Court); and

(3)    Replies to Trial Briefs.

By <u>August 3, 2005</u>:  Responses to the Written Objections.

Dated:  June 28, 2006

>s/Richard H. Kyle
>RICHARD H. KYLE
>United States District Judge